Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITC TEXTILE, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC.; AVALON APPAREL GROUP, LLC; DISORDERLY KIDS, LLC and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV12-02650-JFW(AJWx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In accordance with this Court's January 17, 2013 Order granting Defendants' motion for summary judgment as to Plaintiff's copyright infringement claim, Docket No. 44, which by this reference is incorporated as part of this Judgment as if set forth in full herein.

**IT IS ORDERED, ADJUDGED AND DECREED**, that Plaintiff ITC Textile, LTD. take nothing, that the action be adjudged on the merits, that final judgment as to Plaintiff's copyright infringement claim is ENTERED in favor of all Defendants, Avalon Apparel Group, LLC, Disorderly Kids, LLC and Wal-Mart Stores, Inc. against Plaintiff ITC Textile, LTD. and that Defendants recover their costs.

Dated: February 4, 2013

_____
Hon. John F. Walter

BN 13174780v1