**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 12-2650-JFW (AJWx)**                                    Date:  December 21, 2015

Title:    ITC Textile Ltd. -v- Wal-Mart Stores Inc., et al.

**PRESENT:**
    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    Shannon Reilly                                  None Present
    Courtroom Deputy                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                  None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE RE: SANCTIONS**

    At the December 4, 2015 Pre-trial Conference, the Court ordered counsel to meet and confer and resolve the objections to the exhibits in the Pre-trial Exhibit Stipulation and, to the extent they were unable to resolve those objections, to prepare a Joint Statement setting out the Exhibit Number and a description of the exhibit and the respective positions of counsel with regard to those objections.

    On December 20, 2015, counsel filed an Amended Pre-Trial Exhibit Stipulation [Docket No. 183] but failed to file the Court-ordered Joint Statement.  Accordingly, counsel are ordered to show cause, in writing, on **December 21, 2015** why lead counsel should not each be sanctioned in the amount of $1500 for failure to comply with the Court's order.  In addition, counsel shall file the Joint Statement on **December 21, 2015** and deliver the Court's bench copy of all trial exhibits to Chambers on **December 21, 2015 by 3:00 p.m.**  The Joint Statement shall be in the following format:

                **JOINT STATEMENT RE: OBJECTIONS IN  PRE-TRIAL EXHIBIT STIPULATION**

    The parties were able to resolve the objections identified in the Pre-Trial Exhibit Stipulation as to Exhibit Nos. [e.g., 11, 13, etc.].  The parties were not able to resolve the objections identified in the Pre-Trial Exhibit Stipulation as to the following Exhibits:

    **Plaintiff's Exhibit  #39:**  [Description and identity of witness from stipulation ]

    **Defendants' Grounds for the Objection** :  [Cite the grounds and authority for the objection, e.g., Relevance under Fed. R. Evid. 401; Foundation under Fed. R. Evid. 901].

**Plaintiff's Response to the Objection**: [e.g., this document is relevant to the Plaintiff's first claim for relief because . . . .]

**Defendants' Response:** [e.g., this document is not relevant to Plaintiff's first claim for relief because . . . .]

IT IS SO ORDERED.